In the Matter of CHARLES F. PROBECK, JR., et al., Appellants, v. FRANK BORTH et al., Constituting the Town of East Hampton, et al., Respondents. (Proceeding No. 1.) In the Matter of CHARLES F. PROBECK, JR., et al., Appellants, v. BRUCE COLLINS et al., Constituting the Town of East Hampton,

554

Respondents. (Proceeding No. 2.) —

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.